

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00433-CV

| | | |
|---|---|---|
| Joel Stainbrook | § | From the 96th District Court |
| | § | of Tarrant County (096-256767-11) |
| v. | | |
| | § | November 6, 2014 |
| Texas Christian University | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Joel Stainbrook, shall pay all costs of this appeal for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
      Justice Bob McCoy